CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Thomas J. Moloney
Sean A. O'Neal

*Counsel for the Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
                                                       :

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | |
| Truvo USA LLC, *et al.* | : | Case No. 10-13513 (AJG) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

-------------------------------------------------------------------- X

---

**AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT**

---

## NOTICE OF CANCELLATION OF HEARING
## SCHEDULED FOR AUGUST 5, 2010 AT 10:00 A.M.

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 523, One Bowling Green, New York, NY 10004-1408

I.     <u>CONTINUED MATTERS</u>

    A.    <u>Solicitation Procedures Motion</u>:  Motion for an Order Approving (I) Adequacy of Information Contained in Disclosure Statement; (II) Record Date in Connection with Proposed Plan of Reorganized; (III) Solicitation Procedures; (IV) Forms of Ballots; (V) Temporary Allowance Procedures; (VI) Vote Tabulation Procedures; and (VII) Scheduling Hearing on Confirmation of Debtors' Plan of Reorganization [D.I. 72].

        <u>Response Deadline</u>:  July 30, 2010 at 4:00 p.m.

Response(s) Received:

(i)     Response of the United States Trustee Regarding the Disclosure Statement
        with Respect to the First Amended Plan of Reorganization Dated July 26,
        2010 [D.I. 120].

Additional Document(s):

(i)     Disclosure Statement with Respect to the Joint Plan of Reorganization of
        Truvo USA LLC, et al., Debtors Under Chapter 11 of the Bankruptcy
        Code [D.I. 70].

(ii)    Joint Plan of Reorganization of Truvo USA LLC, et al., Debtors, Under
        Chapter 11 of the Bankruptcy Code [D.I. 71].

(iii)   Disclosure Statement with Respect to the First Amended Joint Plan of
        Reorganization of Truvo USA LLC, et al., Debtors Under Chapter 11 of
        the Bankruptcy Code, dated July 26, 2010 [D.I. 104].

(iv)    First Amended Joint Plan of Reorganization of Truvo USA LLC, et al.,
        Debtors Under Chapter 11 of the Bankruptcy Code [D.I. 105].

(v)     Notice of Filing Blacklines Showing Modifications to Plan and Disclosure
        Statement [D.I. 106].

Status: This matter has been adjourned to a hearing scheduled for 11:00 a.m. on
        August 26, 2010.  The objection deadline for the Official Committee of
        Unsecured Creditors and the Bank of New York Mellon, as indenture
        trustee under the HY Notes Indenture, has been extended to 4:00 p.m. on
        August 19, 2010.

B.      Houlihan Retention Application:  Application for an Order Authorizing the
        Employment and Retention of Houlihan Lokey Howard Zukin (Europe) Limited
        as Financial Advisor for the Debtors and Debtors in Possession *Nunc Pro Tunc* to
        the Petition Date [D.I. 15].

Response Deadline:  July 19, 2010 at 4:00 p.m.

Response(s) Received:  None.

Additional Document(s):

(i)     Notice of Supplement to Application for an Order Authorizing the
        Employment and Retention of Houlihan Lokey Howard & Zukin (Europe)
        Limited *Nunc Pro Tunc* to the Petition Date as Investment Banker and
        Financial Advisor for the Debtors and Debtors in Possession [D.I. 74].

Status: This matter has been adjourned to the hearing on August 12, 2010.  The objection deadline for the United States Trustee has been extended to 4:00 p.m. on August 10, 2010.

[*Remainder of page intentionally left blank.*]

Dated:  August 3, 2010
       New York, New York

CLEARY GOTTLIEB STEEN & HAMILTON LLP


By:    /s/ Sean A. O'Neal
      Thomas J. Moloney
      Sean A. O'Neal
      Members of the Firm
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:  (212) 225-3999

*Counsel for the Debtors and Debtors in Possession*