CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Thomas J. Moloney
Sean A. O'Neal

*Counsel for the Debtors
and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
: 
*In re* : Chapter 11
:
Truvo USA LLC, *et al*. : Case No. 10-13513 (AJG)
:
               Debtors. : Jointly Administered
:
------------------------------------------------------------------- X

**NOTICE OF FILING BLACKLINES SHOWING
MODIFICATIONS TO PLAN AND DISCLOSURE STATEMENT**

     PLEASE TAKE NOTICE that on July 26, 2010, the Debtors filed their First Amended Joint Plan of Reorganization of Truvo USA LLC, et al., Debtors under Chapter 11 of the Bankruptcy Code (the "First Amended Plan") [Docket No. 105] and Disclosure Statement with respect to the First Amended Joint Plan of Reorganization of Truvo USA LLC, et al., Debtors under Chapter 11 of the Bankruptcy Code (the "Disclosure Statement for the First Amended Plan") [Docket No. 104];

     PLEASE TAKE FURTHER NOTICE that on August 30, 2010, the Debtors filed a revised First Amended Joint Plan of Reorganization of Truvo USA LLC, et al., Debtors under Chapter 11 of the Bankruptcy Code (the "Plan") and a revised Disclosure Statement with respect

to the First Amended Joint Plan of Reorganization of Truvo USA LLC, et al., Debtors under Chapter 11 of the Bankruptcy Code (the "Disclosure Statement"); and

      PLEASE TAKE FURTHER NOTICE that blacklines showing the modifications made to the First Amended Plan and the First Amended Disclosure Statement, as reflected in the Plan and Disclosure Statement, have been filed with the Court and are attached hereto as Exhibit 1 and Exhibit 2, respectively.

Dated: August 30, 2010      CLEARY GOTTLIEB STEEN & HAMILTON LLP
      New York, New York

                                By: /s/ Sean A. O'Neal
                                    Thomas J. Moloney
                                    Sean A. O'Neal
                                    Members of the Firm
                              One Liberty Plaza
                              New York, New York 10006
                              Telephone: (212) 225-2000
                              Facsimile: (212) 225-3999

                              *Counsel for the Debtors*
                              *and Debtors in Possession*