CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Thomas J. Moloney
Sean A. O'Neal

*Counsel for the Debtors and Debtors in Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
                                            :
*In re*                                     :  Chapter 11
                                            :
Truvo USA LLC, *et al.*                     :  Case No. 10-13513 (AJG)
                                            :
            Debtors.                        :  Jointly Administered
                                            :
------------------------------------------------------------------- X

### NOTICE OF FINAL AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 1, 2010 AT 10:30 A.M.

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, Courtroom 523, One Bowling Green, New York, NY 10004-1408

I. UNCONTESTED MATTERS

　　A.　Order Scheduling Initial Case Conference [D.I. 115].

　　　　Responsible Counsel: Cleary Gottlieb Steen & Hamilton LLP.

　　　　Estimated Amount of Time: Approximately 10 minutes.

　　　　Response(s) Received: None.

　　　　Status: **A hearing on this matter is going forward at 10:30 a.m.**

II. CONTESTED MATTERS

　　A.　Solicitation Procedures Motion: Motion for an Order Approving (I) Adequacy of Information Contained in Disclosure Statement; (II) Record Date in Connection with Proposed Plan of Reorganized; (III) Solicitation Procedures; (IV) Forms of Ballots; (V) Temporary Allowance Procedures; (VI) Vote Tabulation Procedures;

and (VII) Scheduling Hearing on Confirmation of Debtors' Plan of Reorganization [D.I. 72].

Response Deadline: July 30, 2010 at 4:00 p.m. By agreement of the parties, the response deadline for Bank of New York Mellon, as indenture trustee under the HY Notes Indenture, was extended to 4:00 p.m. on August 19, 2010, and the response deadline for the Official Committee of Unsecured Creditors was extended to 4:00 p.m. on August 26, 2010.

Responsible Counsel: Cleary Gottlieb Steen & Hamilton LLP.

Estimated Amount of Time: Approximately 1 to 1.5 hours.

Response(s) Received:

(i)　Response of the United States Trustee Regarding the Disclosure Statement with Respect to the First Amended Plan of Reorganization Dated July 26, 2010 [D.I. 120].

(ii)　Objection of the Statutory Committee of Unsecured Creditors of Truvo USA LLC, et al., to the Debtors' Motion for Order, among other things, Approving (I) the Debtors' Disclosure Statement with Respect to Debtors' First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the United States Bankruptcy Code and (II) Procedures for the Solicitation and Tabulation of Votes on the Debtors' Proposed Plan Dated August 26, 2010 [D.I. 176].

Additional Document(s):

(i)　Disclosure Statement with Respect to the Joint Plan of Reorganization of Truvo USA LLC, et al., Debtors Under Chapter 11 of the Bankruptcy Code, dated July 14, 2010 [D.I. 70].

(ii)　Joint Plan of Reorganization of Truvo USA LLC, et al., Debtors, Under Chapter 11 of the Bankruptcy Code, dated July 14, 2010 [D.I. 71].

(iii)　Disclosure Statement with Respect to the First Amended Joint Plan of Reorganization of Truvo USA LLC, et al., Debtors Under Chapter 11 of the Bankruptcy Code, dated July 26, 2010 [D.I. 104].

(iv)　First Amended Joint Plan of Reorganization of Truvo USA LLC, et al., Debtors Under Chapter 11 of the Bankruptcy Code, dated July 26, 2010 [D.I. 105].

(v)　Notice of Filing Blacklines Showing Modifications to Plan and Disclosure Statement, dated July 26, 2010 [D.I. 106].

(vi) Disclosure Statement with respect to the First Amended Joint Plan of Reorganization of Truvo USA LLC, et al., Debtors under Chapter 11 of the Bankruptcy Code, dated August 30, 2010 [D.I. 180].

(vii) First Amended Joint Plan of Reorganization of Truvo USA LLC, et al., Debtors under Chapter 11 of the Bankruptcy Code, dated August 30, 2010 [D.I. 181].

(viii) Notice of Filing Blacklines Showing Modifications to Plan and Disclosure Statement, dated August 30, 2010 [D.I. 182].

(ix) Debtors' Omnibus Reply to Objections to Debtors' Motion for an Order Approving (I) Adequacy of Information Contained in Disclosure Statement; (II) Record Date in Connection with Proposed Plan of Reorganized; (III) Solicitation Procedures; (IV) Forms of Ballots; (V) Temporary Allowance Procedures; (VI) Vote Tabulation Procedures; and (VII) Scheduling Hearing on Confirmation of Debtors' Plan of Reorganization [D.I. 183].

(x) Notice of Filing Revised Proposed Solicitation Procedures Order and Revised Forms of Ballot for Holders of Allowed Claims in Classes Entitled to Vote on Plan [D.I. 185].

Status: **A hearing on this matter is going forward at 10:30 a.m.**

[*Remainder of page intentionally left blank.*]

Dated: August 31, 2010　　　　　　　CLEARY GOTTLIEB STEEN & HAMILTON LLP
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　By:　  /s/ Sean A. O'Neal　　　　　　　
　　　　　　　　　　　　　　　　　　　　Thomas J. Moloney
　　　　　　　　　　　　　　　　　　　　Sean A. O'Neal
　　　　　　　　　　　　　　　　　　　　Members of the Firm
　　　　　　　　　　　　　　　　　　One Liberty Plaza
　　　　　　　　　　　　　　　　　　New York, New York 10006
　　　　　　　　　　　　　　　　　　Telephone:  (212) 225-2000
　　　　　　　　　　　　　　　　　　Facsimile:  (212) 225-3999

　　　　　　　　　　　　　　　　　　*Counsel for the Debtors and Debtors in Possession*