# CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC • PARIS • BRUSSELS
LONDON • MOSCOW • FRANKFURT • COLOGNE
ROME • MILAN • HONG KONG • BEIJING

MARK A WALKER
LESLIE B SAMUELS
EDWARD F GREENE
ALLAN G SPERLING
EVAN A DAVIS
LAURENT ALPERT
VICTOR I LEWKOW
LESLIE N SILVERMAN
ROBERT L TORTORIELLO
A RICHARD SUSKO
LEE C BUCHHEIT
JAMES M PEASLEE
ALAN L BELLER
THOMAS J MOLONEY
WILLIAM F GORIN
MICHAEL L RYAN
ROBERT P DAVIS
YARON Z REICH
RICHARD S LINCER
JAIME A EL KOURY
STEVEN G HOROWITZ
ANDREA G PODOLSKY
JAMES A DUNCAN
STEVEN M LOEB
DANIEL S STERNBERG
DONALD A STERN
CRAIG B BROD
SHELDON H ALSTER
WANDA J OLSON
MITCHELL A LOWENTHAL
DEBORAH M BUELL
EDWARD J ROSEN
LAWRENCE B FRIEDMAN
NICOLAS GRABAR
CHRISTOPHER E AUSTIN
SETH GROSSHANDLER
WILLIAM A GROLL
JANET L FISHER

DAVID L SUGERMAN
HOWARD S ZELBO
DAVID E BRODSKY
ARTHUR H KOHN
RAYMOND B CHECK
RICHARD J COOPER
JEFFREY S LEWIS
PAUL J SHIM
STEVEN L WILNER
ERIKA W NIJENHUIS
LINDSEE P GRANFIELD
ANDRES DE LA CRUZ
DAVID C LOPEZ
CARMEN A CORRALES
JAMES L BROMLEY
PAUL E GLOTZER
MICHAEL A GERSTENZANG
LEWIS J LIMAN
LEV L DASSIN
NEIL Q WHORISKEY
JORGE U JUANTORENA
MICHAEL D WEINBERGER
DAVID LEINWAND
JEFFREY A ROSENTHAL
ETHAN A KLINGSBERG
MICHAEL J VOLKOVITSCH
MICHAEL D DAYAN
CARMINE D BOCCUZZI JR
JEFFREY D KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J RAYMOND
LEONARD C JACOBY
SANDRA L FLOW
FRANCESCA L ODELL
WILLIAM L MCRAE
JASON FACTOR
MARGARET S PEPONIS
LISA M SCHWEITZER

KRISTOFER W HESS
JUAN G GIRALDEZ
DUANE MCLAUGHLIN
BREON S PEACE
MEREDITH E KOTLER
CHANTAL F KORDULA
BENET J O'REILLY
DAVID AMAN
ADAM E FLEISHER
SEAN A O'NEAL
GLENN P MCGRORY
CHRISTOPHER P MOORE
JOON H KIM
MATTHEW P SALERNO
MICHAEL J ALBANO
VICTOR L HOU
RESIDENT PARTNERS

SANDRA M ROCKS
ELLEN M CREEDE
S DOUGLAS BORISKY
JUDITH KASSEL
DAVID E WEBB
PENELOPE L CHRISTOPHOROU
BOAZ S MORAG
MARY E ALCOCK
GABRIEL J MESA
DAVID H HERRINGTON
HEIDE H ILGENFRITZ
KATHLEEN M EMBERGER
NANCY I RUSKIN
WALLACE L LARSON JR
JAMES D SMALL
AVRAM E LUFT
ELIZABETH LENAS
DANIEL ILAN
RESIDENT COUNSEL

September 7, 2010

VIA HAND DELIVERY
The Honorable Arthur J. Gonzalez
Chief Bankruptcy Judge
United States Bankruptcy Court
One Bowling Green
New York, New York 10004

Re:   *In re Truvo USA LLC et al.*, Case No. 10-13513 (AJG)

Dear Judge Gonzalez:

      We represent the debtors in the above-captioned cases (collectively, the "Debtors"). In accordance with the Court's directions, on September 2, 2010, we submitted revisions to the Disclosure Statement with Respect to the First Amended Joint Plan of Reorganization of Truvo USA LLC, et al. (as amended, the "Disclosure Statement")[1], as well as a proposed scheduling order governing confirmation of the Plan (the "Confirmation Scheduling Order") (D.I. 199). Following our submission of these materials, the Debtors and the Committee engaged in numerous discussions to resolve any outstanding differences. I am pleased to report that as a result of these discussions, the Committee and the Debtors have reached agreement on both the form of the Disclosure Statement and schedule for confirmation and related discovery.

      Accordingly, with the Creditors' Committee's consent, the Debtors are submitting herewith: (i) a blackline of the relevant pages of the Disclosure Statement, marked to show additional changes to the Disclosure Statement filed on August 30, 2010 (D.I. 180), as revised on September 2, 2010 (attached as Exhibit A), and (ii) a revised Confirmation Scheduling Order (attached as Exhibit B). Concurrently herewith, the Debtors have also filed a revised form of order approving the Disclosure Statement and the Debtors' solicitation procedures (the "Solicitation Procedures Order") incorporating the revised dates set forth in the Disclosure Statement and the Confirmation Scheduling Order. A diskette containing electronic copies of the revised proposed orders is also enclosed.

---

[1]     Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Disclosure Statement.

Hon. Arthur J. Gonzalez, p. 2
September 7, 2010

      In light of the agreement reached between the Debtors and the Creditors' Committee on these matters, the Debtors submit that both the Confirmation Scheduling Order and the Solicitation Procedures Order can be entered without further delay. We are nonetheless available at the Court's convenience, if the Court desires to discuss these proposed orders with counsel.

                                          Respectfully submitted,

                                          Sean A. O'Neal

Enclosures
cc (via email): General Service List
   (via email and/or overnight mail): Special Service List